838

*Riley, Jr.,* for respondent.

No. 763. ATCHISON, TOPEKA & SANTA FE RY. CO. *v.* McCOMB. April 20, 1931. Petition for writ of certiorari to the District Court of Appeal, First Appellate District, of California, denied. *Messrs. Robert O. Brennan, E. E. McInnis,* and *Edward W. Camp* for petitioner. *Mr. James F. Brennan* for respondent.

No. 764. DELAWARE BAY & RIVER PILOTS' ASSOCIATION *v.* UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Otto Wolff, Jr.,* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch, J. Frank Staley, Whitney North Seymour,* and *William H. Riley, Jr.,* for the United States.

No. 766. GRAND TRUNK WESTERN RY. CO. *v.* PIPAL. April 20, 1931. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. Louis L. Dent* and *Charles Y. Freeman* for petitioner. *Mr. Joseph D. Ryan* for respondent.

No. 767. SOKOL *v.* UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Max V. Schoonmaker* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Mahlon D. Kiefer, F. Cadmus Damrell,* and *W. Marvin Smith* for the United States.